IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICODEMO DiPIETRO,     :
            :
  Plaintiff       :
            :
  vs.         :    CIVIL NO. 1:CV-15-1137
            :
THE DEPARTMENT OF    :    (Judge Caldwell)
CORRECTIONS & ITS EMPLOYEES :
LISTED HEREIN, *et al.*,    :
            :
  Defendants     :

*O R D E R*

And now, this 29th day of August, 2017, for the reasons discussed in the accompanying memorandum, it is hereby ordered that:

 1.  DiPietro's Second Motion for a court-Appointed Investigator (ECF No. 96) is denied.

 2.  DiPietro's Motions to Seal (ECF Nos. 97, 99, 101 and 107) are denied.

 3.  DiPietro's Motions to Compel / Discovery (ECF Nos. 95, 98, 102 and 113) are denied.

 4.  DiPietro's Seventh through Tenth Motions for Counsel (ECF Nos. 90, 94, 103 and 105) are denied.

 5.  DiPietro's Motions to Cease and Desist as to the Actions of OSI Meinert and Ms. Wible (ECF Nos. 108, 112 and 115) are denied.

      /s/ William W. Caldwell
      William W. Caldwell
      United States District Judge