IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICODEMO DiPIETRO, :
:
    Plaintiff :
:
  vs. : CIVIL NO. 1:CV-15-1137
:
THE DEPARTMENT OF : (Judge Caldwell)
CORRECTIONS & ITS EMPLOYEES :
LISTED HEREIN, *et al.*, :
:
    Defendants :

*O R D E R*

AND NOW, this 16th day of October, 2017, upon consideration of Defendants' motion (Doc. 91) for judgment on the pleadings, it is ordered that the motion is granted as follows:

    1. The motion is denied as to the retaliation claims.

    2. The motion is granted as to any claim based on the Due Process Clause of the Fourteenth Amendment, and any due process claim in the amended complaint is dismissed.

    3. The following defendants are dismissed from this action: Barnacle, Glunt, Moore Smeal, Mundy, Rackovan, Tice, Vance, Varner, West, and Wetzel.

                                /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge