IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICODEMO DIPIETRO,                          :
                                            :
          Plaintiff                         :
                                            :
     vs.                                    :          CIVIL ACTION NO. 1:CV-15-1137
                                            :
THE DEPARTMENT OF                           :          (Judge Caldwell)
CORRECTIONS & ITS EMPLOYEES                 :
LISTED HEREIN, *et al.,*                    :
                                            :
          Defendants                        :


*O R D E R*

          And now, this 16th day of November, 2017, upon consideration of

Plaintiff's motion for reconsideration (ECF No. 122), it is ordered that the motion is

denied.



                                   /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge