**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

NICODEMO DIPIETRO,

    Plaintiff,

        v.

DANIEL MEINERT, *et al.*,

    Defendants.

NO. 1:15-CV-01137

(JUDGE CAPUTO)

## ORDER

**NOW**, this 28th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment filed by Defendants Daniel Meinert and Randall Perry (Doc. 125) is **GRANTED**. Judgment is **ENTERED** in favor of Defendants Meinert and Perry and against Plaintiff Nicodemo DiPietro on all claims alleged in the Amended Complaint (Doc. 16).

(2) All claims brought against Defendants Robin Lewis and the Pennsylvania Department of Corrections are **DISMISSED with prejudice**.

(3) As no claims remain, the Clerk of Court is directed to mark this case **CLOSED**.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge