In The United States District Court For The Middle District Of Pennsylvania

| | |
|---|---|
| Nicodemo DiPietro, Plaintiff, <br><br> V. <br><br> Daniel Mienert, et al Defendants | No. 1:15-CV-1137 <br><br> (Judge Caputo) |

Notice of Appeal for Summary Judgement ordered 1-28-2019

Send any necessary papers or instructions & where to file this action.

Certificate of Service

I have served Lindsey A. Bedell Esq at 15nt Fl. Strawberry Square, H-B, PA. 17120 for the defense.

I verify the following is true & correct

~~~signature~~~

Nicodemo DiPietro ET 3095
Pro-Se
SCI-Mahanoy          2-6-19  Signed

Mail Communications / PA DOC
Nicodemo DiPietro ET3095
SCI Mahanoy
PO Box 33028
St. Petersburg, FL 33733

RECEIVED
SCRANTON
FEB 11 2019
PER _____ DEPUTY CLERK

"LEGAL"

1850131148

Office of the Clerk
United States District Court
235 N. Washington Ave
PO Box 1148
Scranton, PA. 18501-1148

HARRISBURG PA 171
08 FEB 2019 PM 8 L

Inmate Mail - PA DEPT. OF COR